# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

**MILTON VERAN WILLIAMS,**            )
                                      )
            Plaintiff,   )
                                      )
v.                                    )    **No. CIV 10-093-FHS-SPS**
                                      )
**NIAMYRA RIDDELL, et al.,**          )
                                      )
            Defendants.  )

## OPINION AND ORDER

On March 8, 2012, this civil rights action was dismissed as frivolous. Plaintiff subsequently filed a motion for reconsideration of eight orders entered by the court: Docket Nos. 50, 51, 52, 53, 54, 55, 56 and 57. He, however, has offered absolutely no explanation of why these orders should be reconsidered.

**ACCORDINGLY,** plaintiff's motion for reconsideration [Docket No. 59] is DENIED, and his motion for ruling on the motion for reconsideration [Docket No. 65] is DENIED as moot.

IT IS SO ORDERED this 20th day of April, 2012.

Frank H. Seay
United States District Judge